**Order filed December 17, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01122-CV
_____

## BEN CAVIL, Appellant

## V.

## FV-1 TRUST FOR STANLEY MORTGAGE CAPITAL HOLDINGS, LLC,
### Appellee

**On Appeal from County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-0068250**

## ORDER

This is an appeal from a judgment signed September 26, 2012. On December 17, 2012, appellant filed a motion in this court requesting a temporary stay. Appellant requests that we stay the judgment signed September 26, 2012, and execution of the writ of possession on the property located at 3937 Lake Star Drive, League City, Texas 77573.

It appears from the facts stated in the motion that appellant's rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion and issue the following order.

We therefore ORDER that the judgment and execution of the writ of possession on the property located at 3937 Lake Star Drive, League City, Texas 77573 be stayed in trial court cause number CV-0068250, styled *FC-1 in Trust for Morgan Stanley Mortgage Capital Holdings, LLC v. Ben A. Cavil and all other occupants*. The judgment and execution are stayed until final decision by this court in this appeal or until further orders of this court.

The court requests that appellee, FV-1 in Trust for Morgan Stanley Mortgage Capital Holdings, LLC filed a response to appellant's emergency motion on or before 4:00 p.m. December 28, 2012.

PER CURIAM